**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Debra Walls**

**Plaintiff,**

  **v.**                                      **CASE NO.: 8:21-cv-00208-SCB-JSS**

**Coca Cola Refreshments USA, Inc.**

**Defendant**
_____/

**Mediation Report**

The continued mediation conference was held on Tuesday, December 7, 2021, before the undersigned certified mediator in the aforementioned case. All parties attended, participated in the mediation conference, and each possessed the requisite settlement authority. The case was settled.

    Filed this 4th day of January 2022, in Tampa, Florida.

*/s/ Lynn Cole*

Lynn H. Cole
Florida Circuit Civil Certified Mediator
Law Offices of Lynn Cole, P.A.
301 West Platt Street, Suite 409
Telephone: 813/223-7009
Email:  **adr@LynnCole.com**
Web site:  www.LynnCole.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 4, 2022, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of an electronic filing to the parties in this action.

Lynn H. Cole, Esq.
